PATRICIA L. McCABE
California State Bar No. 156634
7100 Hayvenhurst Avenue, Suite 314
Van Nuys, CA 91406
Telephone: (818) 907-9726
Facsimile: (818) 907-6384
E-mail: patricia@mccabedisability.com

Attorney for Plaintiff,
PATRICK M. HUNTER

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICK M. HUNTER,<br><br>    Plaintiff,<br><br>v.<br><br>Carolyn W. Colvin,<br>Acting Commissioner Social Security,<br><br>    Defendant. | Case No.: CV-13-07204-DFM<br><br>ORDER FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT (EAJA)<br><br>Magistrate Judge: Douglas F. McCormick |

   Based upon the parties' Stipulation for Award of EAJA Fees (Stipulation), IT IS ORDERED that attorney fees be paid under the Equal Access to Justice Act (EAJA) in the amount of SIX THOUSAND  and 00/100 DOLLARS ($6,000.00), pursuant to 28 U.S.C. § 2412(d), and, expenses and costs in the amount of FORTY-ONE and 13/100 DOLLARS ($41.13), pursuant to 28 U.S.C. § 1920 , subject to the terms of the above-referenced Stipulation.

   IT IS SO ORDERED.

Date: May 6, 2015

**DOUGLAS F. McCORMICK**
_____
Douglas F. McCormick
UNITED STATES MAGISTRATE JUDGE